IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 1:18-cr-263** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **DAMON TODD CAREY** | : | **Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Damon Todd Carey's motions to suppress evidence found during a search of his vehicle and during a search of his residence (Docs. 27, 29), Defendant's motion to dismiss the indictment for a violation the Double Jeopardy Clause of the Fifth Amendment (Doc. 31), and Defendant's motion to dismiss indictment or suppress evidence for a violation of the Compulsory Process Clause of the 6th Amendment and Defendant's 14th Amendment Due Process rights (Doc. 73) are **DENIED WITH PREJUDICE**.

*s/Sylvia H. Rambo*_____
SYLVIA H. RAMBO
United States District Judge

Dated: May 2, 2019