IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:18-cr-263 |
| | : | |
| v. | : | |
| | : | |
| **DAMON TODD CAREY** | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation (Doc. 139) is ADOPTED;

2) Defendant's motion to reconsider (Doc. 110) is GRANTED IN PART and DENIED IN PART as follows:

   a. The motion is GRANTED with respect to the photographs taken inside Defendant's home which were admittedly taken prior to the issuance of the search warrant;

   b. The motion is DENIED in all other respects.

s/Sylvia H. Rambo
United States District Judge

Dated: October 15, 2020