IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Crim. No. 1:18-CR-00263 |
| **v.** | : |
| **DAMON TODD CAREY** | : Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 29th day of September, 2021, upon consideration of the motions for judgment of acquittal and new trial filed by Defendant Damon Todd Carey, **IT IS HEREBY ORDERED** that the motions are **DENIED.**

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge